UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE L. HUGHES FAULK,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DISTRICT COURT,<br><br>Defendant. | CASE NO. 2:24-cv-00159-JHC<br><br>ORDER |

Federal Rule of Civil Procedure 4(m) requires Plaintiff to serve Defendant with a summons and a copy of the complaint within 90 days after the complaint is filed. If service is not effectuated in this timeframe, the Court "must dismiss the action without prejudice against that defendant," unless Plaintiff can demonstrate good cause. *Id.*

Plaintiff filed the complaint on February 6, 2024, and, as far as the Court knows, failed to serve Defendant within the 90-day time frame. On June 13, 2024, the Court ordered Plaintiff to show cause within ten days why this action should not be dismissed for failure to comply with Rule 4(m). Dkt. # 8. Plaintiffs did respond to the Order to Show Cause.

Thus, pursuant to Rule 4(m), the Court DISMISSES this case without prejudice.

ORDER - 1

Dated this 17th day of July, 2024.

                                                  John H. Chun
                                                  United States District Judge

ORDER - 2